**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| RICHARD G. FESSENDEN AND MARLENE FESSENDEN, | : No. 784 MAL 2014 |
| Respondents | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | : |
| ROBERT PACKER HOSPITAL, GUTHRIE CLINIC LTD., AND DAVID HERLAN, M.D., | : |
| Petitioners | : |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.